

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA

V.  INFORMATION NO. 6:23-CR-005-REW
    18 U.S.C. § 2252(a)(4)(B)

**DANIEL JOSEPH GUENTHER**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

In or about October 2022, in Clay County, in the Eastern District of Kentucky,

**DANIEL JOSEPH GUENTHER**

did knowingly attempt to access with intent to view a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

**FORFEITURE ALLEGATION
18 U.S.C. § 2253**

By virtue of the commission of the offense alleged in this Information, any and all interest **DANIEL JOSEPH GUENTHER** has in any item used to attempt to access with the intent to view a visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the offense and any

property used or intended to be used in the commission or promotion of the offense, or traceable to such property, including but not limited to the following property seized from him:

### COMPUTER AND ASSOCIATED EQUIPMENT:
a. Kaois 3.0 flip phone
b. All software and peripherals which are contained on or associated with the listed computers (cellular phones).

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Because the Defendant has a prior conviction under chapter 110, chapter 71, chapter 109A, or chapter 117, or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, not less than 10 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5).

**PLUS:** Restitution, if applicable.